FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY S.,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | NO: 4:18-CV-5023-RMP<br><br>ORDER OF DISMISSAL WITHOUT<br>PREJUDICE |

BEFORE THE COURT is Plaintiff Jeffrey S.[1] Stipulated Notice of Dismissal pursuant to Rule 41(A)(1)(ii).  ECF No. 13.  Having reviewed the Notice and the record, the Court finds good cause to dismiss this case.  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint, **ECF No. 1,** is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** July 27, 2018.          _s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
United States District Judge

---

[1] In the interest of protecting Plaintiff's privacy, the Court uses Plaintiff's first name and last initial only.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1